COOLEY LLP
RYAN E. BLAIR (246724)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
rblair@cooley.com

BRETT DE JARNETTE (292919)
PRIYA GAMBHIR (353954)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
bdejarnette@cooley.com
pgambhir@cooley.com

*Attorneys for Defendants and Nominal Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMZA ELKHODARI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNICYCIVE THERAPEUTICS, INC., SHALABH GUPTA, and JOHN TOWNSEND,<br><br>    Defendants. | Case No.: 25-cv-06923-JD<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Dept.: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |
| TACARRA JACKSON, Derivatively on Behalf of UNICYCIVE THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHALABH GUPTA, SANDEEP LAUMAS, GAURAV AGGARWAL, SARA KENKARE-MITRA and JOHN TOWNSEND,<br><br>    Defendants,<br><br>    And,<br><br>UNICYCIVE THERAPEUTICS, INC.,<br><br>    Nominal Defendant. | Case No.: 3:25-cv-09338-SK<br><br>Judge: Hon. Sallie Kim |

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Shalabh Gupta, Sandeep Laumas, Gaurav Aggarwal, Sara Kenkare-Mitra, John Townsend, and Nominal Defendant Unicycive Therapeutics, Inc. ("Unicycive"), in the action *Jackson v. Gupta, et al.*, Case No. 3:25-cv-09338-SK (N.D. Cal.) (the *"Jackson* Derivative Action"), respectfully request the Court deem the *Jackson* Derivative Action related to *Elkhodari v. Unicycive Therapeutics, Inc.*, Case No. 25-cv-06923-JD (the "Securities Class Action"), currently pending before this court. As discussed below, these actions meet the criteria for relation.  The *Jackson* Derivative Action concerns similar parties and factual events to the Securities Class Action. It is therefore likely that an unduly burdensome duplication of labor and expense or conflicting results would occur if the cases were conducted before different judges. *See* Civil L.R. 3-12(a)(1) and (2). Relating these cases and placing them under the supervision of one judge is likely to serve judicial efficiency and may facilitate and expedite resolution of both actions. Therefore, relation is proper under Civil L.R. 3-12. Plaintiff Tacarra Jackson does not oppose this motion.

### LEGAL STANDARD

Pursuant to Civil Local Rule 3-12(a), actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

### ARGUMENT

Both criteria for relation are met here. The Securities Class Action and the *Jackson* Derivative Action contain a similar set of factual allegations as well as some of the same parties. Specifically, the Securities Class Action and the *Jackson* Derivative Action arise, at least in part, from the same allegedly false and misleading statements made by executives of Unicycive.

Given the similarities between these cases and the fact that the actions are both pending in this District, treating the actions as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Since the requirements of Civil Local Rule 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants,

similar factual allegations, and similar causes of action).

**CONCLUSION**

For all the foregoing reasons, Defendants respectfully request that the Court enter the proposed order submitted herewith, administratively relating the *Jackson* Derivative Action to the Securities Class Action.

Dated: November 10, 2025                    COOLEY LLP


                                            By: */s/ Brett De Jarnette*
                                                 Brett De Jarnette

                                            BRETT DE JARNETTE (292919)
                                            PRIYA GAMBHIR (353954)
                                            3175 Hanover Street
                                            Palo Alto, CA 94304
                                            Telephone: (650) 843-5000
                                            Facsimile: (650) 849-7400
                                            bdejarnette@cooley.com
                                            pgambhir@cooley.com

                                            RYAN E. BLAIR (246724)
                                            10265 Science Center Drive
                                            San Diego, CA 92121
                                            Telephone: (858) 550-6000
                                            Facsimile: (858) 550-6420
                                            rblair@cooley.com

                                            *Attorneys for Defendants and Nominal Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

By: */s/ Brett De Jarnette*
Brett De Jarnette

COOLEY LLP
BRETT DE JARNETTE (292919)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
bdejarnette@cooley.com

*Attorney for Defendants and Nominal Defendant*

Cooley LLP
Attorneys at Law

3

Unopposed Admin. Mt to Consider Whether Cases Should Be Related
Case No. 25-cv-06923-JD