UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMZA ELKHODARI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>UNICYCIVE THERAPEUTICS, INC., SHALABH GUPTA, and JOHN TOWNSEND,<br><br>        Defendants. | Case No.: 25-cv-06923-JD<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Dept.:  Courtroom 11, 19th Floor<br>Judge:  Hon. James Donato |
| GINA HENRY, Derivatively on Behalf of UNICYCIVE THERAPEUTICS, INC.,<br><br>        Plaintiff,<br><br>        vs.<br><br>SHALABH GUPTA, SANDEEP LAUMAS, GAURAV AGGARWAL, SARA KENKARE-MITRA and JOHN TOWNSEND,<br><br>        Defendants,<br><br>        And,<br><br>UNICYCIVE THERAPEUTICS, INC.,<br><br>        Nominal Defendant. | Case No.: 3:25-cv-09625-PHK<br><br>Judge:  Hon. Peter H. Kang |
| TACARRA JACKSON, Derivatively on Behalf of UNICYCIVE THERAPEUTICS, INC.,<br><br>        Plaintiff,<br><br>        vs.<br><br>SHALABH GUPTA, SANDEEP LAUMAS, GAURAV AGGARWAL, SARA KENKARE-MITRA and JOHN TOWNSEND,<br><br>        Defendants,<br><br>        And,<br><br>UNICYCIVE THERAPEUTICS, INC.,<br><br>        Nominal Defendant. | Case No.: 3:25-cv-09338-SK<br><br>Judge: Hon. Sallie Kim |

[PROPOSED] ORDER
3:25-CV-06923-JD

Upon consideration of Defendants Shalabh Gupta, Sandeep Laumas, Gaurav Aggarwal, Sara Kenkare-Mitra, John Townsend, and Nominal Defendant Unicycive Therapeutics, Inc.'s Unopposed Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Henry v. Gupta, et al.*, Case No. 3:25-cv-09338-SK (N.D. Cal.) (the *"Henry* Derivative Action"), shall be deemed related to *Elkhodari v. Unicycive Therapeutics, Inc.*, Case No. 3:25-cv-06923-JD (the "Securities Class Action") and *Jackson v. Gupta, et al.*, Case No. 3:25-cv-09338-SK (the "*Jackson* Derivative Action"), pursuant to Civil L.R. 3-12.

The Court HEREBY ORDERS:

1.      The *Henry* Derivative Action is deemed related to the Securities Class Action and the *Jackson* Derivative Action.

2.      The *Henry* Derivative Action is hereby reassigned to Judge James Donato.

3.      Pursuant to Civil L.R. 3-12(g), any Initial Case Management Conferences currently scheduled in the *Henry* Derivative Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____                    _____

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
3:25-CV-06923-JD